No. 86–5988.  YANCY v. TEXAS.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–5989.  WILSON v. DENTON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 86–6006.  LYDA ET AL. v. JOHN K. ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 86–6010.  COX v. MUNCY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 86–6014.  BONDURANT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–6018.  CARMONA v. SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 1st Cir.  Certiorari denied.

No. 86–6019.  COLE v. DOUGLAS, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 86–6020.  BLANDING v. MUNCY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 86–6022.  BARRITT v. BORDENKIRCHER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 86–6025.  STURM v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 86–6028.  MERCADO v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 86–6030.  WILKIE v. FOLTZ, REGIONAL ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 86–6036.  WEATHERSPOON v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 86–6038.  TRAYLOR v. CITY OF ATLANTA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–6039.  MYERS v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.